UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-CR-20052 |
| v. ) | |
| ) | |
| DESHAWN T. CALHOUN, ) | |
| ) | |
| Defendant. ) | |

### ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On January 30, 2025, a Report and Recommendation Concerning Plea of Guilty (#104) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Deshawn T. Calhoun's plea of guilty as to Counts 1 and 2 of the Indictment (#1) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for June 16, 2025, at 3:00 pm before this court.

ENTERED this 14th day of February 2025.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE